United States District Court
Northern District of California

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSS FAMILY LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-CV-08048-LHK<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO VACATE DATES**<br><br>Re: Dkt. No. 18 |

On April 27, 2021, Plaintiff filed a Notice of Settlement in the instant case. ECF No. 18. Plaintiff requested that the Court vacate all currently set dates. *Id*. The Court DENIES Plaintiff's request to vacate all currently set dates. The Court will not vacate the case schedule until the Court grants the parties' stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: May 14, 2021

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 20-CV-08048-LHK
ORDER DENYING PLAINTIFF'S REQUEST TO VACATE DATES