CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MEGAN A. CHILDRESS (SBN:266926)
mchildress@bleaufx.com
BLEAU FOX, AP.L.C
2801 W. Empire Ave,
Burbank, CA 91504
Telephone: (818) 748-3434
Facsimile: (818) 748-3436
Attorneys for Defendant
Ross Family LLC and Jerald G. Ross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>ROSS FAMILY LLC, a California Limited Liability Company; JERALD G. ROSS<br><br>　　　Defendants. | Case: 5:20-cv-08048-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 19, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

Dated: May 19, 2021         BLEAU FOX, AP.L.C

By: /s/ Megan A. Childress
     Megan A. Childress
     Attorneys for Defendants
     Ross Family LLC and Jerald G. Ross

2

Joint Stipulation for Dismissal         Case: 5:20-cv-08048-LHK

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Megan A. Childress, counsel for Ross Family LLC and Jerald G. Ross, and that I have obtained Ms. Childress's authorization to affix her electronic signature to this document.

Dated: May 19, 2021                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff